FILED

18 JAN -4 PM 3: 30

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ANGEL DOMINGUEZ RAMIREZ, JR. (1),<br>    aka "Emiliano,"<br>    aka "Marcelo,"<br>MARIO ALBERTO MARRUFO MATA (2),<br>    aka "Alfil," ▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>JESUS BARRERA GOMEZ (4),<br>    aka "Meridio,"<br>▮▮▮▮▮▮▮▮▮▮▮▮<br>WONG HUNG NG (6),<br>    aka "Mau,"<br>GILBERTO GERARDO<br>            VILLALOBOS ZAMORA (7),<br>    aka "Lic,"<br>CARLOS FLORES MARTINEZ (8),<br>    aka "Felix,"<br>▮▮▮▮▮▮▮▮▮▮▮▮ | Case No. 16CR1996-WQH<br><br>I N D I C T M E N T<br>(4th Superseding)<br><br>Title 21, U.S.C., Secs. 959, 960<br>and 963 – International<br>Conspiracy to Distribute<br>Controlled Substances; Title 21,<br>U.S.C., Secs. 959, 960 –<br>International Distribution of<br>Controlled Substances; Title 18,<br>U.S.C., Sec. 2 – Aiding and<br>Abetting; Title 21, U.S.C.,<br>Secs. 841(a)(1) and 846 –<br>Conspiracy to Distribute<br>Controlled Substances; Title 18,<br>U.S.C., Secs. 1956(a)(1)(B)(i),<br>(a)(2)(B)(i) and (h) –<br>Conspiracy to Launder Monetary<br>Instruments; Title 21, U.S.C.,<br>Sec. 853 and Title 18, U.S.C.,<br>Sec. 982 – Criminal Forfeiture |

JPJO:nlv:San Diego
1/4/18

MARCOS DE JESUS RODAS MARTINEZ (18),
    aka "James Bond,"
GONZALO GARCIA COLORADO (19),
    aka "Borrado,"
    aka "El Borris,"

RAFAEL GONZALEZ ESTOLANO (21),
    aka "Rafa,"

CESAR YANEZ RUIZ (23),
    aka "Padrino,"

RAUL FLORES HERNANDEZ (26),
    aka "El Tio,"
    aka "Senior,"

MARICELA FLORES TORRUCO (28),
    aka "La Dama Hierro,"
    aka "Cascada,"
ALEJANDRO VARGAS LICONA (29),
    aka "Aquiles,"
JACOBO ISAAC RODRIGUEZ OBREGON (30),
    aka "Voltaren,"

ORLANDO LOPEZ (32),
    aka "Aladino,"
    aka "Botas,"

2

1

2

3

4

5

6
STEPHEN NUNEZ (38),
7     aka "Jhonnie Walker,"

8

9
ALEJOS CARDENAS CRUZ (41),
10     aka "Lacho,"

11

12

13

14

15               Defendants.

16

17     The grand jury charges:

18                  Count 1

19     Beginning at a date unknown to the grand jury and continuing up to

20 and including May 2017, in the countries of Mexico, Costa Rica, Nicaragua

21 and elsewhere, defendants ANGEL DOMINGUEZ RAMIREZ, JR., aka "Emiliano"

22 and "Marcelo," MARIO ALBERTO MARRUFO MATA, aka "Alfil,"

23                         JESUS BARRERA GOMEZ, aka "Meridio,"

24                  WONG HUNG NG, aka "Mau," GILBERTO GERARDO

25 VILLALOBOS ZAMORA, aka "Lic," CARLOS FLORES MARTINEZ, aka "Felix,"

26

27

28

3

1

2

3                                                    MARCOS DE JESUS RODAS

4  MARTINEZ, aka "James Bond," GONZALO GARCIA COLORADO, aka "BORRADO,"

5  aka "EL BORRIS,"                                      RAFAEL GONZALEZ

6  ESTOLANO, aka "Rafa,"                                         CESAR

7  YANEZ RUIZ, aka "Padrino,"

8                                     RAUL FLORES HERNANDEZ, aka "El Tio,"

9  aka "Senior,"                                              MARICELA

10 FLORES TORRUCO, aka "La Dama Hierro," aka "Cascada," ALEJANDRO VARGAS

11 LICONA, aka "Aquiles," JACOBO ISAAC RODRIGUEZ OBREGON, aka "Voltaren,"

12                                                             ORLANDO

13 LOPEZ, aka "Aladino," aka "Botas,"

14

15

16

17     STEPHEN NUNEZ, aka "Jhonnie Walker,"

18                                          ALEJOS CARDENAS CRUZ,

19 aka "Lacho,"

20                                             who will first enter

21 the United States in the Southern District of California, did knowingly

22 and intentionally conspire with each other and with others known and

23 unknown to the grand jury to distribute and cause the distribution of a

24 controlled substance, to wit: 5 kilograms and more of a mixture and

25 substance containing a detectable amount of cocaine, a Schedule II

26 Controlled Substance; intending and knowing that such cocaine would be

27 unlawfully imported into the United States; all in violation of Title 21,

28 United States Code, Sections 959, 960, and 963.

4

Count 2

In or about January 2016, in the country of Mexico and elsewhere, defendants ANGEL DOMINGUEZ RAMIREZ, JR., aka "Emiliano" and "Marcelo,"

JACOBO ISAAC RODRIGUEZ OBREGON, aka "Voltaren,"

who will first enter the United States in the Southern District of California, did knowingly and intentionally distribute and cause the distribution of 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, intending and knowing that such cocaine would be unlawfully imported into the United States; in violation of Title 21, United States Code, Sections 959 and 960, and Title 18, United States Code, Section 2.

Count 3

In or about March 2016, in the country of Mexico and elsewhere, defendants ANGEL DOMINGUEZ RAMIREZ, JR., aka "Emiliano" and "Marcelo," MARIO ALBERTO MARRUFO MATA, aka "Alfil,"

who will first enter the United States in the Southern District of California, did knowingly and intentionally distribute and cause the distribution of 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, intending and knowing that such cocaine would be unlawfully imported into the United States; in violation

5

1 of Title 21, United States Code, Sections 959 and 960, and Title 18,
2 United States Code, Section 2.

### Count 4

4     In or about May 2016, in the country of Nicaragua and elsewhere,
5 defendants JESUS BARRERA GOMEZ, aka "Meridio,"

6 WONG HUNG NG, aka "Mau," and GILBERTO GERARDO VILLALOBOS ZAMORA,
7 aka "Lic," who will first enter the United States in the Southern
8 District of California, did knowingly and intentionally distribute and
9 cause the distribution of 5 kilograms and more of a mixture and substance
10 containing a detectable amount of cocaine, a Schedule II Controlled
11 Substance, intending and knowing that such cocaine would be unlawfully
12 imported into the United States; in violation of Title 21, United States
13 Code, Sections 959 and 960, and Title 18, United States Code, Section 2.

### Count 5

15     Beginning at a date unknown to the grand jury and continuing up to
16 and including May 2017, within the Southern District of California and
17 elsewhere, defendants ANGEL DOMINGUEZ RAMIREZ, JR., aka "Emiliano" and
18 "Marcelo," MARIO ALBERTO MARRUFO MATA, aka "Alfil,"

19 JESUS BARRERA GOMEZ, aka "Meridio,"
20 WONG HUNG NG, aka "Mau," GILBERTO GERARDO
21 VILLALOBOS ZAMORA, aka "Lic," CARLOS FLORES MARTINEZ, aka "Felix,"

22
23
24
25
26
27 MARCOS DE JESUS RODAS
28 MARTINEZ, aka "James Bond," GONZALO GARCIA COLORADO, aka "BORRADO,"

6

1  aka "EL BORRIS," ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ RAFAEL GONZALEZ

2  ESTOLANO, aka "Rafa," ▉▉▉▉▉▉▉▉▉▉▉▉▉ CESAR

3  YANEZ RUIZ, aka "Padrino," ▉▉▉▉▉▉▉▉▉▉▉▉

4  ▉▉▉▉▉▉▉▉▉▉▉ RAUL FLORES HERNANDEZ, aka "El Tio,"

5  aka "Senior," ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ MARICELA

6  FLORES TORRUCO, aka "La Dama Hierro," aka "Cascada," ALEJANDRO VARGAS

7  LICONA, aka "Aquiles," JACOBO ISAAC RODRIGUEZ OBREGON, aka "Voltaren,"

8  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ORLANDO

9  LOPEZ, aka "Aladino," aka "Botas," ▉▉▉▉▉▉▉▉▉

10 ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

11 ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

12 ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

13 ▉▉▉▉▉▉ STEPHEN NUNEZ, aka "Jhonnie Walker," ▉▉▉

14 ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ALEJOS CARDENAS

15 CRUZ, aka "Lacho," ▉▉▉▉▉▉▉▉▉▉▉▉

16 ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ did

17 knowingly and intentionally conspire together and with each other and

18 with others known and unknown to the grand jury to possess with intent

19 to distribute and to distribute a controlled substance, to wit:

20 5 kilograms and more of a mixture and substance containing a detectable

21 amount of cocaine, a Schedule II Controlled Substance; all in violation

22 of Title 21 United States Code, Sections 841(a)(1) and 846.

23                              Count 6

24      Beginning at a date unknown to the grand jury and continuing up to

25 and including May 2017, within the Southern District of California and

26 elsewhere, defendants ANGEL DOMINGUEZ RAMIREZ, JR., aka "Emiliano" and

27 "Marcelo," MARIO ALBERTO MARRUFO MATA, aka "Alfil," ▉▉▉▉▉▉

28 ▉▉▉▉▉▉▉▉▉▉▉▉ JESUS BARRERA GOMEZ, aka "Meridio,"

7

1 ███████████████████████████ WONG HUNG NG, aka "Mau," GILBERTO GERARDO

2 VILLALOBOS ZAMORA, aka "Lic," CARLOS FLORES MARTINEZ, aka "Felix,"

3 ████████████████████████████████████████████████████████████████████

4 ████████████████████████████████████████████████████████████████████

5 ████████████████████ MARCOS DE JESUS RODAS MARTINEZ, aka "James

6 Bond," ██████████████████████████████████████

7 █████████████████████████████████████████████████████████ ALEJANDRO

8 VARGAS LICONA, aka "Aquiles," JACOBO ISAAC RODRIGUEZ OBREGON,

9 aka "Voltaren," ████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████████████████████

12 ████████████████████████████████████████████████████████████████████

13 ██████████████████████████████████████████████████████████████ STEPHEN

14 NUNEZ, aka "Jhonnie Walker," ████████████████████████

15 ALEJOS CARDENAS CRUZ, aka "Lacho," ███████████████████████

16 ███████████████ did knowingly combine, conspire, and agree with each other
17 and with other persons known and unknown to the grand jury to commit
18 offenses against the United States, to wit: to knowingly conduct
19 financial transactions affecting interstate commerce and foreign
20 commerce, which transactions involved the proceeds of specified unlawful
21 activity, that is, Conspiracy to Possess With Intent to Distribute and
22 to Distribute Controlled Substances in violation of Title 21, United
23 States Code, Sections 841(a)(1) and 846, knowing that the transactions
24 were designed in whole and in part to conceal and disguise the nature,
25 location, source, ownership, and control of the proceeds of specified
26 unlawful activity, and knowing that the property involved in the
27 financial transactions represented the proceeds of some form of unlawful
28 activity, in violation of Title 18, United States Code,

8

1  Section 1956(a)(1)(B)(i); and to transport, transmit, and transfer, a
2  monetary instrument and funds involving the proceeds of specified
3  unlawful activity, that is, Conspiracy to Possess With Intent to
4  Distribute and to Distribute Controlled Substances in violation of
5  Title 21, United States Code, Sections 841(a)(1) and 846, from a place
6  in the United States to and through a place outside the United States,
7  knowing that the funds involved in the transportation, transmission, and
8  transfer represented the proceeds of some form of unlawful activity and
9  knowing that such transportation, transmission, and transfer was
10 designed in whole and in part to conceal and disguise the nature,
11 location, source, ownership, and control of the proceeds of specified
12 unlawful activity, in violation of Title 18, United States Code,
13 Section 1956(a)(2)(B)(i); all in violation of Title 18, United States
14 Code, Section 1956(h).

15                    Criminal Forfeiture Allegations

16      1.   The allegations contained in Counts 1 through 6 are realleged
17 and by their reference fully incorporated herein for the purpose of
18 alleging forfeiture to the United States of America pursuant to the
19 provisions of Title 21, United States Code, Section 853 and Title 18,
20 United States Code, Section 982.

21      2.   As a result of the commission of the felony offenses alleged
22 in Counts 1 through 5 of this indictment, said violations being
23 punishable by imprisonment for more than one year and pursuant to
24 Title 21, United States Code, Sections 853(a)(1) and 853(a)(2),
25 defendants ANGEL DOMINGUEZ RAMIREZ, JR., aka "Emiliano" and "Marcelo,"
26 MARIO ALBERTO MARRUFO MATA, aka "Alfil,"

27                      JESUS BARRERA GOMEZ, aka "Meridio,"

28                 WONG HUNG NG, aka "Mau," GILBERTO GERARDO

1  VILLALOBOS ZAMORA, aka "Lic," CARLOS FLORES MARTINEZ, aka "Felix,"

2

3

4

5

6

7                                                          MARCOS DE JESUS RODAS

8  MARTINEZ, aka "James Bond," GONZALO GARCIA COLORADO, aka "BORRADO,"

9  aka "EL BORRIS,"                                        RAFAEL GONZALEZ

10  ESTOLANO, aka "Rafa,"                                         CESAR

11  YANEZ RUIZ, aka "Padrino,"

12                                  RAUL FLORES HERNANDEZ, aka "El Tio,"

13  aka "Senior,"                                           MARICELA

14  FLORES TORRUCO, aka "La Dama Hierro," aka "Cascada," ALEJANDRO VARGAS

15  LICONA, aka "Aquiles," JACOBO ISAAC RODRIGUEZ OBREGON, aka "Voltaren,"

16                                                          ORLANDO

17  LOPEZ, aka "Aladino," aka "Botas,"

18

19

20

21                  STEPHEN NUNEZ, aka "Jhonnie Walker,"

22                                                  ALEJOS CARDENAS

23  CRUZ, aka "Lacho,"

24                                                          shall,

25  upon conviction, forfeit to the United States all their rights, title

26  and interest in any and all property constituting, or derived from, any

27  proceeds the Defendants obtained, directly or indirectly, as the result

28  of the offenses, and any and all property used or intended to be used

1  in any manner or part to commit and to facilitate the commission of the
2  violations alleged in this indictment.

3       3.    Upon conviction of the offense set forth in Count 6, defendants
4  ANGEL DOMINGUEZ RAMIREZ, JR., aka "Emiliano" and "Marcelo," MARIO
5  ALBERTO MARRUFO MATA, aka "Alfil,"
6                JESUS BARRERA GOMEZ, aka "Meridio,"
7                WONG HUNG NG, aka "Mau," GILBERTO GERARDO VILLALOBOS ZAMORA,
8  aka "Lic," CARLOS FLORES MARTINEZ, aka "Felix,"
9
10
11  MARCOS DE JESUS RODAS MARTINEZ, aka "James Bond,"
12
13                                              ALEJANDRO VARGAS LICONA,
14  aka "Aquiles," JACOBO ISAAC RODRIGUEZ OBREGON, aka "Voltaren,"
15
16
17
18
19                STEPHEN NUNEZ, aka "Jhonnie Walker,"
20                ALEJOS CARDENAS CRUZ, aka "Lacho,"
21                                              shall forfeit to the
22  United States, all property, real and personal, involved in such offense,
23  and all property traceable to such property.

24       4.    If any of the above referenced forfeitable property, as a
25  result of any act or omission of the defendants:

26       a.    cannot be located upon the exercise of due diligence;

27       b.    has been transferred or sold to, or deposited with, a third
28  party;

11

1     c.    has been placed beyond the jurisdiction of the Court;

2     d.    has been substantially diminished in value; or

3     e.    has been commingled with other property which cannot be

4 subdivided without difficulty;

5 it is the intent of the United States, pursuant to Title 21, United

6 States Code, Section 853(p), to seek forfeiture of any other property

7 of the defendants up to the value of the said property listed above as

8 being subject to forfeiture.

9 All in violation of Title 21, United States Code, Section 853 and

10 Title 18, United States Code, Section 982.

11     DATED:  January 4, 2018.

12                        A TRUE BILL:

13

14                        Foreperson

15 ADAM L. BRAVERMAN
    United States Attorney

16

17 By:
         JOSHUA P. JONES

18        Assistant U.S. Attorney

19                   I hereby attest and certify on
                   That the foregoing document is a full, true and correct

20                   copy of the original on file in my office and in my legal
                   custody.     CLERK, U.S. DISTRICT COURT

21                       SOUTHERN DISTRICT OF CALIFORNIA

22                   By                   Deputy

23

24

25

26

27

28