EXHIBITS



*Crispin Castro*
*NFFE-WRDF/SD Union President*
220 W. C Street
San Diego Ca. 92101


Honorable William Q. Hayes,

Dear Honorable Hayes, I am a Sergeant at WRDF/SD in care of USMS detainees. I have worked as a correctional professional for seventeen years and a sergeant for five years. As a sergeant, I frequently have the opportunity to speak with Mr. Dominguez Ramirez, Angel Jr. Mr. Dominguez has been in our care for approximately three years. Since his arrival, I've had plenty of time to hear his story. I've had the opportunity to better know him as a person. I am aware Mr. Dominguez proudly served in the military and is a Veteran of the Marines. During some of our conversations, Mr. Dominguez shared an important and extremely painful period of his life. He shared the profound pain he felt when he lost his two daughters after a horrific accident while serving in the United States military. I believe this difficult period changed the course of Mr. Dominguez' life. Unlike many detainees, he is truly remorseful and ashamed, as a husband, a father, and a veteran.   During his time at WRDF/SD, Mr. Dominguez has been an exemplary detainee. Mr. Dominguez is a man who is extremely respectful and polite with staff. I have not witnessed Mr. Dominguez lose himself to anger, rather, I've seen him set a good example for our detainee population. This is the first time I've written a letter on behalf of a detainee. When Mr. Dominguez' attorney asked if could write a letter for Mr. Dominguez, I saw it as an opportunity to describe the man I've gotten to know for the past three years.


Sincerely,
*Crispin Castro*

*NFFE-WRDF/SD Union President*

To: Hon. William Q. Hayes

Dear Judge Hayes,

My name is Ismelda M. Dominguez, wife of Angel Dominguez, and mother of our three daughters. I have been married to Angel for over twenty six years. Angel is a sincere, hardworking, intelligent, strict, and respectful man. Words cannot begin to express my love and gratitude towards him. He is an exemplary and loving father for my daughters, they are, and always will be, his priority.  Despite him not being around us psychically, his presence is always felt. Together, as one, making day by day decisions.

I recall the day I was diagnosed with breast cancer. I told myself if I passed away, I would not feel as if I went through this alone.  Angel cared for me for the five months that I went through treatment, by my side every moment.  He cooked and cared for our children.  He washed and comforted me when I was so sick. That is the man I hope you can see.  Fortunately, my husband never let our family fall apart.

It has been almost six years without his physical presence. A lot of matters have occurred within this time that I wish he could have been present for. For example: he will miss the birth of our first grandchild.  He missed our second eldest move to a new country and started college, and our youngest daughter started high school. His absence is well felt for all four of us. As Angel once said, "Life has to keep going with or without my presence and do not hold back because of me." Those words are constantly in my head but I cannot seem to get used to life without him. I hold it deep in my heart to have him with us soon; His entire family is waiting for him at home.

Thank you for your time.
Ismelda

**Dear Judge Hayes**

I am Maria, Angel's oldest daughter.  My dad has been a great father from my earliest memory.  He may have made some bad decisions through his life, but I know that he is an honest, responsible, happy, and intelligent person. He has always told me to be a better person and not depend on a man.  It is just one of the lessons he has taught us – to go to college and have a career and support ourselves.  He has been in jail for almost 6 years missing so much of the growing up of his daughters.   I am going to have a child in July.  I wish he could be back and be able to enjoy what it feels to be a grandfather of a beautiful baby boy, one of his dreams came true - having a baby boy in this beautiful life that we call family,

I will always be grateful to have the father that God choose for us.  He has always been there for me when I need him, through ups and downs, advising me through this path called life.  Even when I would get mad and say that he was wrong.  I have learned parents are not often wrong. Being away has been hard on him also.  He has told us that it is his fault that he is not with us and how sorry that he caused this and that we must learn from this.

It has been very hard for me not to have him home, not able to see him or spend time together or for him to watch us grow and make our own lives.  I would love for him to be at my wedding, something I have dreamed of.  As the oldest, I was lucky to have more time with him because my sisters were younger when he left to prison 6 years ago.

Please judge. I would like for you to consider him and our family, the happiness that we deserve and for him to be back home with his family as soon as possible to be with his 3 daughters who miss him.

Thank you.

Maria

To: Hon. William Q. Hayes

Dear Judge Hayes,

My name is Jacqueline Dominguez; I'm the second one out of Angel's three daughters. My dad is an exemplary father, generous, respectful, comprehensive, adorable, intelligent, strict, loving, and affectionate, but super protective of his family. Whenever I need my father, he is 100% with me; he stops what he is doing to come to see me. For my dad, his family will always be before any other person, including himself. I must confess that he is a good adviser and has always guided my sisters and me along the right path; for him, we must have a study and graduate with honors because he tells us that at the end of all our studies are essential to grow up as a person and find a stable and well-paid job. Still, we must always start from 0, never halfway.

Another important point that I would like to mention is that my father has never been a bad influence on his family; he has instilled in us many values and principles that I don't know where I would be today if it weren't for him. My father will also never get tired of telling us every day how much he loves us, misses us, but above all, how much we miss him because we continue to be the united family that we have been since before all this problem happened. I also believe that no human is perfect, and my father is not ideal because perfection does not exist, but I can tell you that he has learned from his mistakes and made progress.

My father means the world to me, and there are no letters and words that describe how much I love him, how much we look alike, but above all, the chemistry we have is impressive. It hurts me to see my father in a maximum-security prison because we were so attached, but I also know why he is there. It hurts me even more because everything he did was so that his daughters would never lack food, study, education, and prepaid schools with an education of excellence. But as the saying goes, "never do good things that seem wrong." He never thought about the consequences for his actions. I beg you to give my dad a second chance so he can make amends for his mistakes, and I can swear that he will never make the same mistake again because, as I mentioned before, you learn from mistakes, and I am 100% sure that he has already learned the lesson.

Best Regards, Miss. Jacqueline D.

Dear Judge Hayes,

I, as the youngest of all three of his daughters, have been the one that misses my dad the most. I was only 12 years old when he was deprived of his liberty. I always knew we had a bond. We were both born on the same date August 18th. He didn't celebrate his birthday before my arrival. I was a reason for him to celebrate with his youngest daughter.

It has been almost 6 years since the last time I shared that day with him. Now that day feels empty, and that someone is missing. No matter what, he has always been there before. He gave me great advice, but now I don't have him here to ask about all the important stuff  like dog tricks  that my dog has learned or to give me any boyfriend advice. He was unable to see me graduate from middle school, and I have 1 year left for high school and he won't see that either. He won't see me succeed in college, or job experiences, create a family, or see me walk down the aisle the day get married.  Still, he will always be a hero to me. I have learned to survive because of what I have seen in him; his courage, braveness, intelligence, and wisdom. He is the one I look up to and even though I don't know when I will see him, even this he has made a lesson to me.  He tells me I need to think about what I choose, and to accept and face the outcome.

I wish I could see him home when I am back from school. Tell him how my day went and all the new things I have learned in my math class. To tell him about the guys in my life and hear him give me wise advice back. And being able to tell him I got hired for my first job.  For 6 years ago I have been crying days and nights for his absence.

When I was 4 years old, on our birthday, he gifted me with Coco my dog. I see in Coco my dad's heart, and he is the closest thing I have of him.  When I am sad I talk to him because for me it is like my dad is hearing me. He comforts me make myself believe it is my dad. It has been 14 years since coco has been by my side, when I had my first accident, and I had to get stitches he was there and it felt like my dad was taking care of me through him I wish could hug my dad so tight and he would respond " baby everything is going to  be okay, don't worry, daddy is here!"

Soon I will be turning 18 years old. I want to spend a birthday with him again.  I want to see him smile with his family, just like he was 6 years ago!  I know he has made bad mistakes that he must be responsible for.  I just hope you can see what is also good so he can come home to us soon.

Thank you.

Angela

Dear Judge Hayes,

As you may know you will be judging my godfather soon, and I think you should consider the following statements I have before you make your final decision. My godfather has been a man that I look up to since I was a kid. He has pushed me to become who I am today and who I will become in a future. He has always shown us right from wrong and considering I am in a top tier university about to finish my first year in biomedical science, I would say he was very successful at pushing me. He is a man that will do everything for his family and he showed me to never let someone important to me alone. My godfather is the base of our family, he has always been there to help us through thin and thick. He is the person that always showed up to every event, every important situation. He is the person that taught me to never be selfish, to always understand what others are going through and to never judge. My godfather is the one person that I trusted with my life and my problems. I always tell him everything that is on my mind and he always has the wise words I need to hear. He once told me to make sure I was studying something that made me happy because that was my future. He has always been a person that worries about our happines and our goals. He is the one person that actually pushed me to become my best self. I have many goals in this lifetime, but having my godfather

See me become a surgeon is one of them. If you had a conversation with him you would know that he has the best solutions to any problem. Every time he calls me, the first thing he asks is if I am happy where I am. His priority has always been to have his family happy, to make sure we are always united. This parent figure is what you want for a kid (in my case young adult) he has never failed me in any instance, and he never will. A big part of me was taken when he left, but it only pushed me to be better at everything. I know that nothing will ever fill this emptyness that I fill unless he comes back to this family. But till that happens, I will always strive to become someone he is proud of, making sure to make myself happy first. Because as I said before, that is what he wants, to make sure we are happy.

Judge Hayes, please consider our hapiness and our family before your final decision. He is a wonderful man that deserves to be as happy as he wishes we are. My name is Keyla and I haven't seen my good father in more than 5 years, please let him come back home.